UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                    Case No. 07-cr-155-PB

**Neal Wright**

**O R D E R**

The defendant, through counsel, has moved to continue the December 4, 2007 trial in the above case, citing the need for additional time to complete a psychological evaluation and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 4, 2007 to February 5, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 19, 2007 final pretrial conference is continued to January 29, 2008 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 2, 2007

cc:   Jeffrey S. Levin, Esq.
      Robert Veiga, Esq.
      United States Probation
      United States Marshal